UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 14-24837-CIV-MORENO**

TAL HILSON,

    Plaintiff,

vs.

JMR-OPH, INC., d/b/a THE ORIGINAL
PANCAKE HOUSE,

    Defendant.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, TAL HILSON, hereby dismisses the Defendant, JMR-OPH, INC., d/b/a THE ORIGINAL PANCAKE HOUSE, with prejudice with each side bearing its own attorney's fees and costs.

### CERTIFICATE OF SERVICE

I certify that on April 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

MARK D. COHEN, P.A.
Counsel for Plaintiff
4000 Hollywood Blvd., Suite 435
Hollywood, Florida 33021
Telephone: (954) 962-1166

   */s/ Mark D. Cohen*
MARK D. COHEN, ESQ.
Bar No. 347345